No. 97–6187.  ORTIZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–6188.  HUDSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6190.  STATONEL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6196.  MARKS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–6198.  MOST *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6199.  NELSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6201.  KILLINGSWORTH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–6202.  MENDOZA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–6205.  STALLINGS *v.* DELO, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 97–6211.  McCRORY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–6219.  WATSON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–6221.  LURZ *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–6222.  McFARLAND *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–6225.  CHAPPELL ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6226.  WALKER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6227.  VARSAMAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.